Submitted October 7, reversed November 30, 2016

In the Matter of W. C. A.,
a Person Alleged to have a Mental Illness.
## STATE OF OREGON,
*Respondent,*

*v.*

## W. C. A.,
*Appellant.*

Multnomah County Circuit Court
16CC01923; A161911

385 P3d 89

Joseph DeBin and Multnomah Defenders, Inc., filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Carson L. Whitehead, Assistant Attorney General, filed the brief for respondent.

Before Ortega, Presiding Judge, and Egan, Judge, and Lagesen, Judge.

**PER CURIAM**

Appellant seeks reversal of a judgment committing him to the Oregon Health Authority for a period not to exceed 180 days. ORS 426.130(1)(a)(C). He contends that, contrary to the trial court's ruling, the state failed to prove by clear and convincing evidence that he suffered from a mental disorder. ORS 426.005(1)(f). The state concedes that the evidence is legally insufficient to support the involuntary commitment and that the judgment should be reversed. We agree, accept the state's concession, and reverse the commitment judgment.

Reversed.